It is ORDERED that the petition for certification is denied.

175 A.3d 164

THOMAS LIDDELL, APPELLANT-PETITIONER, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, RESPONDENT-RESPONDENT.

C–338 September Term 2017
079493

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005380–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 165

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RONALD LONG, DEFENDANT–PETITIONER.

C–339 September Term 2017
078976

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003798–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.